■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JULIO E. ARISTUD, Appellant. (Appeal No. 1.) [744 NYS2d 753] —Appeal from a judgment of Steuben County Court (Purple, Jr., J.), entered April 24, 1998, convicting defendant upon his plea of guilty of criminal possession of a controlled substance in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Aristud* (296 AD2d 844). Present—Pigott, Jr., P.J., Green, Hurlbutt, Scudder and Burns, JJ.